Melchior F. Topken and Peter W. Topken, Respondents, v. John H. Starin and Alfred De Graff, Appellants.— Judgment and order affirmed, with costs. No opinion.

Joseph Gordon, Respondent, v. Frank J. Farrell and Greater New York Baseball Association, Appellants.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion.

Eva M. Barker, Respondent, v. Charles B. Barker, Appellant. (Nos. 1 and 2.) — Judgment and order affirmed, with costs. No opinion.

La Banque d'Hochelaga, Appellant, v. The National Park Bank of New York, Respondent.— Judgment affirmed, with costs. No opinion.

James Bradley, Plaintiff, v. Thomas I. Crane, Defendant.— Judgment ordered for plaintiff on *Mitchell* v. *Einstein* (105 App. Div. 413). Settle order on notice.

Joseph N. Carpenter and Others, Respondents, v. Josephine Klein, Appellant.— Order affirmed, with costs. No opinion.

Leopold Geisler, as Administrator, etc., of Lizzie Butz, Deceased, Appellant, v. David Stevenson Brewing Company, Respondent.— Judgment affirmed, with costs, on 126 Appellate Division, 715.

The People of the State of New York, Appellant, v. Simpson-Crawford Company, Respondent.— Determination affirmed, with costs. No opinion.

The People of the State of New York, Appellant, v. Lazarus Fried, Respondent.— Determination affirmed, with costs. No opinion.

Traub-Dittmar Construction Company, Respondent, v. Herman Hartman and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Star Company, Appellant, v. William C. Moore and Others, Doing Business under the Firm Name of Moore, Bleecker & Wheeler, Respondents.— Determination affirmed, with costs. No opinion.

John S. Jones, Appellant, v. George J. Gould and Others, Respondents. (No. 2.)— Judgment affirmed, with costs, on 123 Appellate Division, 236.

Bertha Kahn, Respondent, v. Edward A. Kahn, Appellant.— Judgment affirmed, with costs. No opinion.

Melke Clar, Appellant, v. Pincus Lowenfeld and William Prager, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles A. Hanna, as Receiver of the National Bank of North America in New York, Respondent, v. Frank Zito, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Wading River Realty Company, Appellant, v. Gilbert E. Loper, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Henry E. Fox, Respondent, v. Nathaniel B. Powers, Defendant. Eliza Powers and Others, as Executors, etc., of Nathaniel B. Powers, Deceased, Appellants.— Order modified by striking from the last clause thereof the words "to amend his complaint or." As so modified order affirmed, without costs. No opinion. Settle order on notice.

Robert W. Hebberd, Commissioner of Public Charities of the City of New York, on Complaint of Agnes J. Ehman, Respondent, v. Gallus Thomann, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion.